UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARNELL R. MAY**                                                                                                    **PLAINTIFF**

VS.                                         Case No. 4:19-cv-00117-BRW

**SHEPHERD, Lieutenant, Pulaski County**
**Sheriff's Office,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

I have reviewed the Recommendation (Doc. No. 7) submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation in all respects.

Accordingly, this case is dismissed without prejudice as duplicative of *May v. Holladay,* No. 4:18-cv-00681-JM-JTK. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 7th day of June, 2019.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).