UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARNELL R. MAY**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　**Case No. 4:19-cv-00117-BRW**

**SHEPHERD, Lieutenant, Pulaski County
Sheriff's Office,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## **JUDGMENT**

Based on today's Order, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 7th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE